# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

November 5, 2021

**VIA ECF**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re: *Jose Garcia v. Saigon Shack Café Corp. d/b/a Saigon Shack and Mike Khuu*
           No. 21 Civ. 06596 (JMF) (KNF)

Dear Judge Furman:

    We represent Plaintiff in the above-referenced matter and submit this letter to request a 60-day adjournment of the Initial Pre-Trial Conference scheduled for November 10, 2021, at 4:30 p.m.

    By way of background, until recently, the undersigned and an attorney for Defendants have been engaged in preliminary settlement discussions including an exchange of Plaintiff's payroll records to seek an early resolution of this matter. However, on November 2, 2021, counsel informed us that Defendants were retaining litigation counsel to appear in this matter and that he was not authorized to accept service of Complaint and summonses. As a result, we served Defendants with the Complaint and summonses on November 3, 2021 (*see* ECF Nos. 12-13), and their Answers are due on November 24, 2021 (*id.*). Accordingly, we request this adjournment to provide sufficient time for Defendants to Answer and to comply with Your Honor's Order (ECF No. 9) directing the parties to participate in a settlement conference with Magistrate Judge Kevin Nathaniel Fox prior to the initial conference.

    This is the first request to adjourn the Initial Pre-Trial Conference.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc: Defendants (via regular mail)

Application GRANTED. The initial pretrial conference currently scheduled for November 10, 2021, is hereby ADJOURNED to **January 6, 2022,** at **4:00 p.m.** The Clerk of Court is directed to terminate ECF No. 14. SO ORDERED.

November 5, 2021