MEMO ENDORSEMENT

# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 17, 2022

**VIA ECF**

Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> SO ORDERED:
> The settlement conference is adjourned to March 24, 2022 at 10:00 a.m. at United States Courthouse, 500 Pearl Street, New York, NY. The courtroom number will be sent to the parties via e-mail before the conference.
>
> *Jennifer E. Willis*
> Jennifer E. Willis, U.S.M.J.
> 2/17/2022

Re: *Jose Garcia v. Saigon Shack Café Corp. d/b/a Saigon Shack and Mike Khuu*
No. 21 Civ. 06596 (JMF) (KNF)

Dear Judge Willis:

We represent Plaintiff in the above-referenced matter and jointly submit this letter with counsel for Defendants to request a 30-day adjournment of the settlement conference scheduled on February 23, 2022, as well as the February 18, 2022 deadline for pre-conference submissions. The reason for this request is that counsel for Defendants has advised that Defendants will serve an offer of judgment pursuant to Fed. R. Civ. P. 68 in the next thirty days that may resolve this matter.

We thank the Court for its consideration of this request. This is the first request for an adjournment of this conference.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc: Counsel for Defendants (via ECF)