# PECHMAN LAW GROUP PLLC
ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

March 3, 2022

**VIA ECF**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *Jose Garcia v. Saigon Shack Café Corp. d/b/a Saigon Shack and Mike Khuu*
No. 21 Civ. 06596 (JMF) (KNF)

Dear Judge Furman:

We represent Plaintiff in the above-referenced matter and submit this letter jointly with counsel for Defendants to request a 30-day adjournment of the Initial Pre-Trial Conference scheduled for March 9, 2022, at 3:15 p.m.

The reason for this request is that Defendants served a Rule 68 Offer of Judgment on Plaintiff today, and Plaintiff requests time from the Court to consider Defendants' offer.

This is the second request to adjourn the Initial Pre-Trial Conference. The first request was made on November 5, 2021 (ECF No. 14) by Plaintiff because Defendants' counsel had not yet appeared and required additional time to file an Answer.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc: Defendants (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for March 9, 2022, is hereby ADJOURNED to **April 4, 2022**, at **4:30 p.m.** The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

March 4, 2022