UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GARCIA,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>SAIGON SHACK CAFE CORP. d/b/a SAIGON SHACK, SAIGON IN & OUT CORP., AND MIKE KHUU,<br><br>　　　　　　　　　Defendants. | 21 Civ. 06596 (JMF)<br><br>~~PROPOSED~~ JUDGMENT |

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on March 17, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Jose Garcia and against Saigon Shack Café Corp. d/b/a Saigon Shack, Saigon In & Out Corp., and Mike Khuu, jointly and severally, in the amount of $33,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
　　March 17, 2022　, 2022

So Ordered:

_____
Hon. Judge Jesse M. Furman